### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

GUILLERMO QUINONES                                                                                    PLAINTIFF
ADC #22965-004

v.                                          NO. 2:13CV00099 JLH/HDY

ERIC HOLDER, *et al.*                                                                                 DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's claims against defendants Eric Holder, Charles E. Samuels, Jr., Harvey Lappin, Paul A. Kastner, J.A. Keller, and G. Maldonado, Jr., are DISMISSED WITH PREJUDICE, and the names of defendants Holder, Samuels, Lappin, Kastner, Keller, and Maldonado, are removed as party defendants.

DATED this 27th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE