IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GUILLERMO QUINONES,                                                                      PLAINTIFF
REG. #22965-004

v.                                                  2:13CV00099-JLH-JJV

ERIC HOLDER, *et. al,*                                                                  DEFENDANTS

## ORDER

On October 30, 2013, the Court held a hearing in *Quinones v. United States*, 2:13CV19, and heard testimony from Mr. Quinones about the same events of which he complains in the instant case. A hearing transcript was made a part of that record. (2:13CV19, Doc. No. 41.) The Court intends to use Mr. Quinones's testimony in case 2:13CV19 in deciding the instant case. Any objection to the Court using this testimony should be filed by January 24, 2014. The Clerk of Court shall provide a copy of the hearing transcript to Mr. Quinones with a copy of this Order.

IT IS SO ORDERED this 13th day of January, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE