## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| GUILLERMO QUINONES, REG. #22965-004 | PLAINTIFF |
| v.    No. 2:13CV00099 JLH-JJV | |
| ERIC HOLDER, *et. al.* | DEFENDANTS |

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion to dismiss is GRANTED and defendants Subba Gollamudi, M.D., and Eye Speciality Group Eye Clinic are DISMISSED without prejudice from this cause of action. Document #26.

SO ORDERED this 14th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE