**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GUILLERMO QUINONES,                                                                                    PLAINTIFF
REG. #22965-004

v.                                      No. 2:13CV00099-JLH-JJV

ERIC HOLDER, U.S. Attorney General,
Department of Justice, *et al.*                                                                         DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Amy Carlton and Jones are dismissed from this action without prejudice;

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 9th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE