**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GUILLERMO QUINONES,                                                                                    PLAINTIFF
REG. #22965-004

v.                                        No. 2:13CV00099-JLH-JJV

ERIC HOLDER, U.S. Attorney General,
Department of Justice; *et al*.                                                                        DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant's Motion for Summary Judgment (Doc. No. 61) is GRANTED.

2. This cause of action is dismissed without prejudice.

3. The Court certifies that an *in forma pauperis* appeal from this Order and a Judgment dismissing this action would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

SO ORDERED this 22nd day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE