**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GUILLERMO QUINONES,                                                                                          PLAINTIFF
REG. #22965-004

v.                                          No. 2:13CV00099-JLH-JJV

ERIC HOLDER, U.S. Attorney General,
Department of Justice; *et al*.                                                                              DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 22nd day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE